UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUCIA LOMELI, | ) | No. CV 15-4824 SJO (FFMx) |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| AMTRAK, | ) ) | |
| Defendant. | ) ) | |

     On February 22, 2016, defendant filed a "Joint Stipulation" on defendant's motion to compel responses and documents in response to defendant's first set of document requests. (Docket Nos. 15-16.) The "Joint Stipulation" was in fact a unilateral motion (the "Motion") because plaintiff failed to comply with her discovery obligations pursuant to Local Rule 37. (*See id.*) Given the foregoing, on February 29, 2016, the Court ordered the parties to meet in person at the offices of defendant's counsel and attempt to resolve the issue raised by the Motion. (Docket No. 17.) The order required the meeting to occur within 10 days. The order also required the parties to file a joint stipulation if they were unable to resolve the dispute.

     On March 16, 2016, defendant's counsel filed a declaration stating that plaintiff's counsel had not been responsive to his requests for a meeting. Plaintiff's counsel did contact defense counsel on March 15, 2016 to say that plaintiff would provide the discovery requested as soon as possible.

1  The Court notes that the discovery request was served in August 2015.  Plaintiff
2 failed to respond, failed to meet and confer about the discovery, failed to provide the
3 responses last October after having promised to do so, and now, after plaintiff filed the
4 motion and the Court ordered plaintiff's counsel to meet with defense counsel, plaintiff
5 again promises to provide the responses that were due last September.
6  Given the foregoing, it does not appear that plaintiff is diligently prosecuting this
7 action.  Therefore, plaintiff is ordered to show cause, if any she has, why this action
8 should not be dismissed for failure to prosecute.  Plaintiff must file her response to this
9 order by March 30, 2016.

11  IT IS SO ORDERED.

13 DATED: March 16, 2016

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge